U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 3 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| HERSHEL DALE TERRO | : | DOCKET NO. 2:08-CV-1477 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| TONY MANCUSO, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**IT IS ORDERED** that plaintiff's claims against defendants Calcasieu Parish and John Doe Insurance Company be **DISMISSED WITHOUT PREJUDICE** in accordance with LR 41.3W.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23rd day of September, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE